IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41255
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALFREDO CASAS-GARCIA, Jr.,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-192-1
--------------------
July 12, 2000

Before DAVIS, EMILIO M. GARZA and DENNIS, Circuit Judges.

PER CURIAM:*

     The Federal Public Defender appointed to represent Alfredo
Casas-Garcia, Jr., has moved for leave to withdraw and has filed
a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).
Casas-Garcia has received a copy of counsel's motion and brief
but has not filed a response.  Our independent review of the
brief and the record discloses no nonfrivolous issue for appeal.
<u>See</u> <u>id.</u>  Accordingly, counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein,
and the APPEAL IS DISMISSED.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.